# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: May 8, 2013**

**Docket Number: 12   01393-WCA**

**ANTHONY KINARD
VERSUS
NEW IBERIA WASTEWATER TREATMENT FACILITY, ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 09-04210**

**BEFORE JUDGES**:

   Hon. Ulysses Gene Thibodeaux
   Hon. Marc T. Amy
   Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anthony Kinard** has this day been

   **DENIED.**

cc: Matthew Robert Richards, Counsel for the Appellee